# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN MURRAY, | Case No. 1:16-cv-01536-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM IFP APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 4) |
| Defendant. | TWENTY DAY DEADLINE |

Plaintiff Michael Alan Murray ("Plaintiff") filed the complaint in this action on October 11, 2016. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, Plaintiff's application demonstrated that he was receiving income above the poverty threshold and was insufficient for the Court to determine if he was entitled to proceed without prepayment of fees in this action, so the Court ordered Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. (ECF No. 3.)

On November 2, 2016, Plaintiff filed his long form application. (ECF No. 4.) However, the long form is incomplete, and therefore, the Court is unable to determine whether Plaintiff is entitled to proceed without prepayment of fees in this action. The column for spousal income on the first page is blank, but on the second page the total spousal income is listed as 0. However, Plaintiff states that his spouse's most recent employer is Fullsteam Staffing with a gross monthly

pay of $1,200.00, but Plaintiff does not list the dates of employment. Plaintiff also states that he was employed by Fullsteam Staffing with a gross monthly pay of $1,100.00. It appears that Plaintiff was employed until September 30, 2016. If Plaintiff was employed until September 30, 2016, his answers to the first question regarding income are incorrect. It also appears that Plaintiff may not have correctly stated the amount he pays for alimony, maintenance, and support paid to others, because it is inconsistent with the amount he listed on his first application to proceed in forma pauperis. It appears that Plaintiff may not have listed all of his expenses in his long form application.

At this time, the Court finds that it is unable to determine whether Plaintiff is entitled to proceed in forma pauperis under 28 U.S.C. § 1915. Accordingly, the Court will order Plaintiff to complete and file another Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit another long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of service of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **November 3, 2016**

UNITED STATES MAGISTRATE JUDGE