# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN MURRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-01536-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO TERMINATE APPLICATIONS TO PROCEED IN FORMA PAUPERIS AND ISSUE SUMMONS AND NEW CASE DOCUMENTS<br><br>(ECF Nos. 2, 4) |

　　　　Plaintiff Michael Alan Murray ("Plaintiff") filed applications to proceed in forma pauperis on October 11, 2016, and November 2, 2016, which the court found inadequate to establish that Plaintiff was entitled to proceed in forma pauperis. Plaintiff was ordered to file a long form application to proceed in forma pauperis or pay the filing fee within twenty days of November 4, 2016. Plaintiff did not file a long form application to proceed in forma pauperis, but instead paid the filing fee in full.

　　　　Accordingly, the Clerk of the Court is HEREBY DIRECTED to terminate the applications to proceed in forma pauperis filed on October 11, 2016 (ECF No. 2), and November 2, 2016 (ECF No. 4). The Clerk is FURTHER DIRECTED to issue the summons and new case documents in this matter.

IT IS SO ORDERED.

Dated:  **December 5, 2016**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1