# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN MURRAY,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:16-cv-01536-SAB<br><br>ORDER GRANTING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(ECF No. 20) |

On October 11, 2016, Plaintiff Michael Alan Murray ("Plaintiff") filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On November 8, 2017, an order issued granting Plaintiff's Social Secuirty Appeal and this matter was remanded for further proceedings. On December 27, 2017, the parties filed a stipulation for an award of attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 28 U.S.C. § 1920.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Micheal Alan Murray is awarded attorney fees in the amount of three thousand six hundred dollars ($3,600.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated: __December 28, 2017__

UNITED STATES MAGISTRATE JUDGE

1